

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 17, 2013.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In Re:                                                    Chapter 13
BREANNE MICHELLE LOPEZ

                                                   Case No. 12-61178-CAG
Debtor
_____
                ORDER DENYING CONFIRMATION OF DEBTOR'S PLAN
_____

Came on to be heard on this 16th day of January, 2013, in Waco, TX the Confirmation Hearing for the above referenced case, at which, Ray Hendren, Trustee, appeared in person and the Debtor appeared by and through their attorney of record.

   THE COURT FINDS THAT THE DEBTOR SHALL HAVE 28 DAYS FROM THE DATE OF
   THIS HEARING TO FILE AN AMENDED CHAPTER 13 PLAN OR DISMISS OR
   CONVERT TO A CHAPTER 7 OR THE CASE MAY BE DISMISSED WITHOUT NEED FOR
   A FURTHER HEARING UPON THE TRUSTEE'S SUBMISSION OF AN ORDER FOR CASE
   SUMMARY DISMISSAL; AND GRANTING SUCH OTHER AND FURTHER RELIEF AS
   APPROPRIATE.

    IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Confirmation of the Plan is DENIED WITHOUT prejudice.

                                    ###

Prepared and Submitted by
G. Ray Hendren, Chapter 13 Trustee
3410 Far West Blvd
Suite 200
Austin, TX  78731
(512) 474-6309